■ SYLVIA E. WOODS, Respondent, v. CARMINE J. PISILLO et al., Appellants, et al., Defendant.—

598

Martuscello, Acting P. J., Latham, Brennan and Benjamin, JJ., concur; Kleinfeld, J., dissents and votes to affirm the judgment insofar as appealed from.